# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD SHETLER AND JESSI SHETLER,

    Plaintiffs,

v.

CLEAR BLUE SPECIALTY INSURANCE COMPANY,

    Defendant

Case No:   6:24-cv-00272-RBD-LHP

## ORDER

Before the Court is Plaintiff's Amended Notice of Taking Audiovisually Recorded Deposition Duces Tecum of Defendant's Corporate Representative, Doc. No. 55, filed pursuant to Order of the Court, Doc. No. 54.  Based thereon, it is **ORDERED** that Defendant's corporate representative shall appear for deposition on **March 19, 2025**, as set forth in Plaintiff's Amended Notice.  *See* Doc. No. 55.  Failure to appear as required will result in sanctions.   Fed. R. Civ. P. 37(b); *see also* Doc. No. 54.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties